Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL ANTHONY MARQUEZ, <br><br> Defendant. | CASE: 6:11-MJ-0110-MJS <br><br> STIPULATION TO VACATE TRIAL DATE AND SET FOR STATUS CONFERENCE; AND. ORDER THEREON <br><br> Court: U.S. District Court - Yosemite <br> Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Michael Anthony Marquez, and his attorney of record, Meldoy Walcott, that the Bench Trial in the above-captioned matter currently scheduled for November 16, 2011 be vacated, and the matter be set for status conference on November 16, 2011, at 10:00 a.m.

Dated: October 20, 2011        /s/ Susan St. Vincent
                               Susan St. Vincent
                               Acting Legal Officer for
                               National Park Service

Dated: October 20, 2011        /s/ Melody Walcott
                               Melody Walcott
                               Attorney for
                               Michael Anthony Marquez

1

* * * ORDER * * *

The Court, having reviewed the above stipulation to vacate the Trial Date, now set for November 16, 2011, and set the matter for status conference on November 1, 2011, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The trial set for November 16, 2011, is vacated.
2. The above-captioned matter is now set for status conference on November 16, 2011.

IT IS SO ORDERED.

Dated:   October 20, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2